# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# PIKEVILLE DIVISION

IN RE:

ALMA ENERGY, LLC                                    CASE NO. 07-70258
    DEBTOR

## MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

*************************************************************

Comes **James P. Pruitt, Jr.**, and moves the Court to permit him to withdraw as counsel for the Debtor and in support of said motion, states as follows:

1. Undersigned counsel has not been approved by this court to represent the Debtor, Alma Energy, LLC.

2. That Paul Stewart Snyder has been approved to represent the Debtor, Alma Energy, LLC.

3. A question has been raised as to whether or not the undersigned counsel is disinterested.

4. That to continue this representation causes the undersigned counsel to risk not being compensated.

their memorandum which is tendered herewith.

**WHEREFORE,** the undersigned counsel, **James P. Pruitt, Jr.**, prays for an Order allowing him to withdraw from this representation.

**PRUITT & de BOURBON LAW FIRM**

BY: /s/ James P. Pruitt, Jr.

JAMES P. PRUITT, JR.
P.O. BOX 339
PIKEVILLE, KY 41502
(606) 437-7366

## NOTICE

Notice is hereby given that the within Motion to Withdraw will be brought on for hearing at the convenience of the Court.

## CERTIFICATE

I hereby certify that on the 24th day of July, 2007, a true and accurate copy of the foregoing Motion was served electronically or by first class mailing upon all parties as listed on the attached mailing matrix.

/s/ James P. Pruitt, Jr.
JAMES P. PRUITT, JR.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0643-7<br>Case 07-70258-wsh<br>Eastern District of Kentucky<br>Pikeville<br>Tue Jul 24 11:09:44 EDT 2007 | Alma Brown<br>59 Davis Branch<br>Stone, KY 41657 | Pikeville Office<br>US Bankruptcy Court<br>100 E Vine St #200<br>Lexington, KY 40507-1406 |
| AMERICAN ELECTRIC POWER COMPANY<br>P.O. BOX 24410<br>CANTON, OH 44701 | BELL SOUTH<br>P.O. BOX 1857<br>ALPHARETTA, GA 30023 | BLACK GOLD<br>410 WINTERHAM DRIVE<br>ABINGTON, VA 24211 |
| CONSOL CAPITAL, LLC<br>23339 MIRABELLA CIRCLE<br>NORTH BOCA RATON, FL 33433 | DALE FORD<br>3603 GWYNN OAK AVE.<br>BALTIMORE, MD 21207 | DARRELL WILLIAMS<br>P.O. BOX 895<br>BELFRY, KY 41514 |
| DETROIT EDISON ENERGY<br>414 S. MAIN STREET, STE 600<br>ANN ARBOR, MI 48104 | ENVIRONMENTAL DESIGN<br>43 VILLAGE STREET<br>PIKEVILLE, KY 41501 | HAPPY TRUCKING<br>P.O. BOX 71<br>MCCARR, KY 41544 |
| HIGHLANDS MACHINERY<br>96 LAMPLIGHTER STREET<br>OAK HILL, VA 25901 | INFINITY DEVELOPMENT GROUP<br>500 GULF STREAM BLVD.<br>DEL RAY BEACH, FL 33483 | INTERNAL REVENUE SERVICE<br>600 DR M L KING JR PL STE 651<br>STOP MDP 510<br>LOUISVILLE KY 40201 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | JERRY ROULETT<br>HC 67, BOX 75<br>VANSANT, VA 24631 | JOE STREET<br>HC 67, BOX 75<br>VANSANT, VA 24631 |
| KENTUCKY COAL VENTURE 1, LLC<br>C/O WARREN HALLE<br>2900 LINDIN LANE<br>SILVER SPRINGS, MD 20910 | KENTUCKY DEPARTMENT OF REVENUE<br>LEGAL BRANCH-BANKRUPTCY SECTION<br>ATTN: LEANNE WARREN<br>P. O. BOX 5222<br>FRANKFORT, KY. 40602 | KENTUCKY STATE TREASURER<br>DEPARTMENT OF REVENUE<br>FRANKFORT, KY 40620 |
| LITTLE TY<br>500 CALLAWAY ROAD<br>RANSOM, KY 41544 | MARTIN COUNTY COAL<br>P.O. BOX 830<br>BELFRY, KY 41514 | MINE POWER SERVICES<br>P.O. BOX 578<br>BEAVER, WV 25813 |
| NATHAN WILLIAMS<br>59 DAVIS BRANCH ROAD<br>STONE, KY 41567 | NATHAN'S WELDING, LLC<br>59 DAVIS BRANCH ROAD<br>STONE, KY 41564 | NEW HAUL CONTRACTING<br>P.O. BOX 87<br>BORDERLAND, WV 25665 |
| OFFICE OF SURFACE MINING<br>2675 REGENCY ROAD<br>LEXINGTON, KY 40503 | PEABODY COAL TRADE<br>P.O. BOX 68<br>KENOVA, WV 25530 | PIKE TECH SERVICES<br>183 TOLLAGE ROAD<br>PIKEVILLE, KY 41501 |

POCAHONTAS LAND
MINERAL ROYALTIES
P.O. BOX 1517
BLUEFIELD, WV 24701

POND CREEK TRUCKING
P.O. BOX 1020
BELFRY, KY 41514

RAMA DEVELOPMENT
RT. 3, BOX 706
DELBARTON, WV 25670

ROGER'S PETROLEUM
P.O. BOX 162
PIKEVILLE, KY 41501

S&S WATER
4767 HIGHWAY 580
OIL SPRINGS, KY 41238

TKT TRUCKING
P.O. BOX 250
CHEASEPEAK, OH 45619

TONAWANDA COKE CORPORATION
BOX 5007
TONAWANDA, NY 14151

U.S. Trustee
100 E Vine St #500
Lexington, KY 40507

VIRGINIA DRILLING
P.O. BOX 1198
VANSANT, VA 24656

WARREN HALLE
2900 LINDEN LANE
SILVER SPRINGS, MD 20910

WEST RIVER MACHINERY
HC 67, BOX 75
VANSANT, VA 24631

James P Pruitt Jr
PO Box 339
Pikeville, KY 41502

Paul Stewart Snyder
PO Box 1067
Ashland, KY 41105-1067

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Commonwealth of Kentucky, Department for N

(u)Kentucky Coal Venture I, LLC
c/o Michael J. Gartland, Esq.

End of Label Matrix
Mailable recipients    42
Bypassed recipients     2
Total                  44