**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**

**IN RE:**

**ALMA ENERGY, LLC**                                    **CHAPTER 11**
                                                         **CASE NO. 07-70258**
      **DEBTOR**

---

**ORDER SUSTAINING KENTUCKY COAL**
**VENTURE I, LLC'S MOTION TO DISMISS CASE**

---

Upon Kentucky Coal Venture I, LLC's Motion to Dismiss Case, or in the Alternative, for Relief From the Automatic Stay [Doc. No. 13] (the "Motion"), on August 2, 2007, the Court having conducted an evidentiary hearing (the "Hearing") on the Motion and the Joint Memorandum in Opposition to Motion to Dismiss filed by Alma Energy, LLC [Doc. No. 65] (the "Objection"), and the Court having found good cause to sustain the Motion and overrule the Objection, it is hereby ORDERED, DECREED AND ADJUDGED that:

1.    The Objection be and hereby is **OVERRULED**.

2.    To the extent that the Motion seeks dismissal of the above-captioned case, the Motion is **SUSTAINED** for all the reasons that the Court read into the record at the conclusion of the Hearing.

Tendered by:

WISE DELCOTTO PLLC

/s/ Michael J. Gartland\_\_\_\_
Michael J. Gartland, Esq.
200 North Upper Street
Lexington, KY  40507
Tel:    (859) 231-5800
Fax:    (859) 281-1179
E-mail: mgartland@wisedel.com
COUNSEL FOR KENTUCKY COAL
VENTURE I, LLC

**Pursuant to Local Rule 9022-1(c), in addition to the parties who will be served electronically by the court's ECF System, Wise DelCotto PLLC shall cause a copy of this Order to be served on each of the parties listed below pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.**

Alma Energy, LLC
59 Davis Branch
Stone, KY  41657

2

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*William S. Howard*
**Bankruptcy Judge
Dated: Friday, August 03, 2007
(wsh)**