**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**

**IN RE:**

**ALMA ENERGY, LLC**  **CHAPTER 11**

**CASE NO. 07-70258**

**DEBTOR**

---

**ORDER OVERRULING DEBTOR'S MOTION TO VACATE**
**ORDER OF DISMISSAL AND REINSTATE CASE OR, IN THE**
**ALTERNATIVE, CONVERT TO CHAPTER 7 AND TO SHORTEN TIME**
**[DOC. NO. 84]**

---

Upon the Debtor's Motion To Vacate Order Of Dismissal And Reinstate Chapter 11 Case Or In The Alternative Convert To Chapter 7 And To Shorten Time [Doc. No. 84] (the "Motion to Vacate"), on August 8, 2007, the Court having conducted a hearing (the "Hearing") on the Motion and Objection thereto filed by Kentucky Coal Venture I, LLC [Doc. No. 87], and the Court having found good cause to overrule the Motion, it is hereby ORDERED, DECREED AND ADJUDGED that the Motion be and hereby is **OVERRULED** for the reasons set forth on the record at the Hearing.

Tendered by:

WISE DELCOTTO PLLC

/s/ Michael J. Gartland
Michael J. Gartland, Esq.
200 North Upper Street
Lexington, KY  40507
Tel:    (859) 231-5800
Fax:    (859) 281-1179
E-mail: mgartland@wisedel.com
COUNSEL FOR KENTUCKY COAL
VENTURE I, LLC

**Pursuant to Local Rule 9022-1(c), in addition to the parties who will be served electronically by the court's ECF System, Wise DelCotto PLLC shall cause a copy of this Order to be served on each of the parties listed below pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.**

Alma Energy, LLC
59 Davis Branch
Stone, KY  41657

Z:\Clients\Kentucky Coal Venture\Pleadings - Alma Energy\proposed Order overruling motion to vacate dismissal order.doc

2

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
***The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.***



**Signed By:
*William S. Howard*
Bankruptcy Judge
Dated: Friday, August 10, 2007
(wsh)**